# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 12-53199 |
| **Eugene Cummings,** | : | Chapter 13 |
| **Crystal Y. Cummings** | | |
| Debtor(s). | | |
| | : | Judge Caldwell |

## DEBTORS' CHANGE OF ADDRESS

The Debtors' new address is:

Eugene & Crystal Cummings
6371 Evesham Drive
Canal Winchester, OH 43110

## *CERTIFICATE OF SERVICE*

This is to certify that the foregoing Notice of Debtor's Change of Address was electronically filed with the Court on May 15, 2015.  I hereby certify that a copy of the foregoing Notification has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their Email addresses registered with the Court, or by Regular US Mail, postage prepaid or by facsimile transmission to the parties listed below on this 15th day of May, 2015. Additional methods of service for certain creditors are listed by the service name.

**Served electronically:**
United States Trustee
170 N. High Street
Columbus, Ohio 43215

Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449

Robin S. Stith, Attorney for Debtor
13 E. Kossuth Street
Columbus, Ohio 43206

**and on the following by ordinary U.S. mail addressed to:**

**Advance America**
3739 E. Broad Street
Columbus, OH 43213

**Advance America/Snall Loans of Ohio, Inc**
3739 E. Broad Street
Columbus, OH 43213

**AES**
P.O. Box 2461
Harrisburg, PA 17105

**AES/PHEAA**
PO BOX 8147
HARRISBURG PA 17105

**Always Loans, LLC**
P.O Box 12700

Columbus, OH 43212

**American Honda Finance Corp.**
2170 Point Blvd., Suite 100
Elgin, IL 60123

**AMERICAN HONDA FINANCE CORPORATION**
NATIONAL BANKRUPTCY CENTER
P.O. BOX 168088
IRVING, TX 75016-8088

**American InfoSource LP as agent for**
Check N Go
PO Box 248838
Oklahoma City OK 731248838

**American InfoSource LP as agent for**
InSolve Recovery LLC
PO Box 269093
Oklahoma City OK 731269093

**Americred**
200 Bailey Avenue
Fort Worth, TX 76107-1210

**AmeriCredit Financial Services, Inc.**
PO Box 183853
Arlington, Texas 76096

**Americredit Financial Services, Inc.**
c/o Convergent Outsourcing, Inc.
10750 Hammerty Blvd., #200
Houston, TX 77043

**AT&T/SBC Ohio FACC**
c/o Debt Credit Services
2453 Domig Road
Akron, OH 44320-4109

**Bio Reference Labs**
481 Edward H. Ross Drive
Elmwood Park, NJ 07407

**Capital One Bank USA NA**
PO Box 71083
Charlotte NC 282721083

**CASH AMERICA/CASHLAND**
17 TRIANGLE PARK DRIVE
CINCINNATI, OH 45246

**Cashland/Ohio Neighborhood Finance, Inc.**

1699 Brice Road
Reynoldsburg, OH 43068

**CBCS**
P.O. Box 165025
Columbus, OH 43216-5025

**Central Ohio Credit Corporation**
2040 Brice Road, Suite 200
Reynoldsburg, OH 43068

**Check N Go (Ohio Speciality Finance)**
1971 East Dublin Granville Road
Columbus, OH 43229

**CHECKSMART**
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

**CHECKSMART**
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

**Checksmart/Buckeye Lending Solutions LLC**
91 S. Hamilton Road
Columbus, OH 43213

**Child Radiologic Institute, Inc.**
P.O. Box 715267
Columbus, OH 43271-5267

**City of Columbus**
Department of Public Utilities
Bankruptcy Division
910 Dublin Road
Columbus, OH 43215-1169

**Columbia Gas**
200 Civic Center Dr., 8th Floor
ATTN: Robin Thornton
Columbus, OH 43215

**Columbia Gas**
c/o NCO Financial
507 Prudential Road
Horsham, PA 19044

**Columbia Gas**
P.O. Box 41466
Philadelphia, PA 19101-1466

**COLUMBIA GAS OF OHIO**
200 CIVIC CENTER DRIVE, 11TH FLOOR
COLUMBUS, OHIO 43215

**Columbus Neighborhood Health**
Dept. L 3318
Columbus, OH 43260

**Columbus Sleep Consultants**
99 N Brice Rd, Ste 300
Reynoldsburg, OH 43068

**Cottonwood Capital Property Management II, LLC**
dba Brooksedge Apartments
2870 Kengary Way
Reynoldsburg,OH 43068

**Credit One Bank**
c/o Northland Group
P.O. Box 390846
Minneapolis, MN 55439

**Credit One Bank**
c/o LVNV Funding, LLC
P.O. Box 10497
Greenville, SC 29603

**Credit One Bank**
P.O. Box 98873
Las Vegas, NV 89193

**CUSI Carenavic**
P.O. Box 94467
Palatine, IL 60094

**Dr. Allen Tucker, MD**
1860 E. Broad Street
Columbus, OH 43203

**Dr. Douglas Massick**
P.O. Box 951464
Cleveland, OH 44193

**Dr. John Kissel, MD**
OSU Physicians
P.O. Box 740727
Cincinnati, OH 45274

**Dr. Lawrence Watkins, MD**
3433 Agler Road, Suite 1300
Columbus, OH 43219

**Dr. Renee Taylor, MD**
c/o Urban Pediatrics
3433 Agler Road, Suite 1300
Columbus, OH 43219

**Dr. Wiley Woodard, MD**
750 W. Broad Street
Columbus, OH 43222-1417

**Educational Credit Management Corporation**
P. O. Box 16408
St. Paul, MN 55116-0408

**Erdey Eye Group**
P.O. Box 267119
Columbus, OH 43226

**Erdey Searcy Eye Group**
50 McNaughten Road Suite 200
Columbus, OH 43213

**Fifth Third Bank**
P.O. Box 630900
Cincinnati, OH 45263-0900

**First Franklin Mortgage Company**
P.O. Box 1838
Pittsburgh, PA 15230

**GM Financial**
P.O. Box 181145
Arlington, TX 76096

**Grant Medical Center**
111 S. Grant Avenue
Attn: Billing Dept.
Columbus, OH 43215

**Guardian Finance**
619 Hebron Road
Heath, OH 43056

**Guardian Finance**
c/o Park National Corp.
50 N. Mail Street
Mansfield, OH 44902

**Guardian Finance**
2495 Hilliard Rome Road
Hilliard, OH 43026

**Hilltop Payday**

3485 E. Broad Street
Columbus, OH 43213

**Home Loan Service/First Franklin**
150 Allegheny Central
Pittsburgh, PA 15212

**Horace Mann**
1 Horace Plaza
Springfield, IL 62715

**IRS**
PO Box 7346
Philadelphia PA 19101-7346

**IRS**
Bankruptcy Collections
550 Main Street, Room 3525
Cincinnati OH 45202

**JB Robinson**
c/o Midland Credit Management, Inc.
Dept 1242, P.O. Box 603
Oaks, PA 19456

**Jefferson Capital Systems LLC**
PO BOX 7999
SAINT CLOUD MN 56302-9617

**Key Bank**
c/o RJM Acquistions Funding, LLC
575 Underhill Blvd, Suite 224
Syosset, NY 11791-3416

**Keystone Recovery Partners LLC Series A**
Weinstein and Riley PS
2001 Western Ave Ste 400
Seattle WA 98121

**Lev's Pawn Shop**
3446 E. Main Street
Columbus, OH 43213

**Main Financial Credit One Bank**
c/o Weltman, Weinberg
323 W.Lakeside, Ste 200
Cleveland, OH 44113

**Mark Pitts, DDS**
P.O. Box 328700
Columbus, OH 43227

**Mark Racke, MD**
c/o OSU
410 W. 10th Avenue
Columbus, OH 43210

**Mid Ohio Emergency Services**
c/o NCO Financial Services
507 Prudential Road
Horsham, PA 19044

**Mt. Carmel Medical Group**
c/o Medicredit
3620 I-70 Drive SE
Columbia, MO 65201

**National Loans LLC**
5135 E. Main Street
Columbus, OH 43213

**Nationwide Children's Hospital**
c/o Physicians Credit Bureau
3592 Corporate Drive, Suite 105
Columbus, OH 43231

**Nationwide Children's Hospital**
c/o PCB
5500 New Albany Road, Suite 200
Westerville, OH 43082

**Nationwide Children's Hospital**
700 Children's Drive
Columbus, OH 43205

**Nelnet, Inc.**
c/o Brady, Liederbach & Assoc.
27 N. Wacker Drive, #503
Chicago, IL 60606

**New York & Company**
P.O. Box 182125
Columbus, OH 43218-2125

**Ocwen**
c/o Credit Suisse Securities, LLC
P.O. Box 785063
Orlando, FL 32878-5063

**Ocwen Loan Servicing, LLC**
Attn: Research Dept.
12650 Ingenuity Drive
Orlando, FL 32826-2703

**Ohio Department of Taxation**
PO Box 182401
Columbus, Ohio 43218-2401

**Ohio Department of Taxation**
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

**Ohio Health**
5350 Frantz Road
Dublin, OH 43016

**OSU**
Accounts Receivable - parking ticket
250 Lincoln Tower, 1800 Cannon Drive
Columbus, OH 43210

**OSU Hospital**
410 W. 10th Avenue
Columbus, OH 43210

**OSU Hospital East**
P.O. Box 643655
Pittsburgh, PA 15264-3704

**OSU Physicians Neuroscience Center,LLC**
c/o CBCS
P.O. Box 165025
Columbus, OH 43216

**OSU Radiology, LLC**
P.O. Box 634129
Cincinnati, OH 45263-4129

**Real Time Resolutions, Inc as Agent for**
CHECK N GO
PO Box 566027
Dallas, TX 75356-6027

**Rinkov Eyecare**
81 E. Gay Street
Columbus, OH 43214

**Rinkov Eyecare**
1725 Brice Rd
Reynoldsburg, OH 43068

**RJM ACQ LLC**
575 Underhill Blvd., Suite 224
Syosset, NY 11791

**Safe Auto**
4 Easton Oval
Columbus, OH 43219

**Sallie Mae**
11100 USA Parkway
Fishers, IN 46037

**Sallie Mae Inc. on behalf of GLHEC**
2401 International Lane
Madison, WI 53704

**Sallie Mae Servicing**
P.O. Box 9500
Wilkes Barre, PA 18773-9500

**School District Income Tax**
P.O. Box 182389
Columbus, OH 43218

**Searcy Eye Group**
c/o PFCC-Columbus, Inc.
P.O. Box 20790
Columbus, OH 43220

**Sun Trust Bank**
P.O. Bank 85024
Richmond, VA 23285-5024

**Suntrust**
AES/PHEAA
PO Box 8183
Harrisburg, PA 17105

**The Ohio Bell Telephone Company**
% AT&T Services, Inc
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921

**U.S. Department of Education**
Direct Loan Servicing Center
P.O. Box 5609
Greenville, TX 75403-5609

**U.S. Department of Education**
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

**US Bank**
P.O. Box1800

Saint Paul, MN 55101-0800

**US BANK N.A.**
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229

**US Department of Education**
Direct Loan Servicing Center
P.O. Box 5202
Greenville, TX 75403-5202

**Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser**
P.O. Box 19657
Irvine, CA 92623-9657

**Wells Fargo Dealer**
P.O. Box 3117
Winston Salem, NC 27102-3117

**Wells Fargo Financial Services**
P.O. Box 25341
Santa Ana, CA 92799-5341

                                           **/s/ Robin S. Stith**
                                           Robin S. Stith (0029028)

                                           Attorney for Debtor